**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Sabel, a registered voter in Pinal County, Arizona,<br><br>   Plaintiff,<br><br>vs.<br><br>Pinal County, Arizona, a body politic, et al.,<br><br>   Defendants. | No. CV 07-2000-PHX-JAT<br><br>**ORDER** |

  Pending before the Court is Plaintiff's Application for Order to Show Cause Why Injunction Should Not Issue to Enforce Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c and Request to Convene Three-Judge Court (Doc. # 2). To the extent Plaintiff requests that a three-judge court be convened, the Court finds that the Section 5 challenge is not "wholly insubstantial." *See Goosby v. Osser*, 409 U.S. 512, 518 (1973). Therefore,

  **IT IS ORDERED** that a three-judge court shall be convened to hear Plaintiff's Application for Order to Show Cause Why Injunction Should Not Issue to Enforce Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c.

  DATED this 22nd day of October, 2007.

James A. Teilborg
United States District Judge